IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01149-CMA-BNB

JOSEPH SCOTT CARTER,

Plaintiff,

v.

DOCTOR SHARON ALLEN, M.D.,

Defendant.

_____

## ORDER
_____

This matter arises on the plaintiff's **Motion for Requesting of Assistance in Servicing of Summons and Complaint Upon Defendant** [Doc. #13, filed 06/06/2011] (the "Motion"). The plaintiff requests that the court issue a subpoena to the Colorado Mental Health Institute at Pueblo for "all medical records, charted records, and electronic records" at no cost to the plaintiff. The district judge has already entered an Order Granting Service By United States Marshal [Doc. # 16], which accomplishes the relief sought by the Motion.

IT IS ORDERED that the Motion [Doc. # 13] is DENIED AS MOOT.

Dated June 13, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge